Fred G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellant, v. Garnett Hamilton CROSS, Appellee.

No. 8799.

Circuit Court of Appeals, Fifth Circuit.

Oct. 18, 1938.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and J. Ellis Mundy, Asst. U. S. Attys., all of Atlanta, Ga., for appellant.

No appearance was entered for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

On the authority of Zerbst, Warden, v. Kidwell et al., 303 U.S. 632, 58 S.Ct. 757, 82 L.Ed. 1092, the judgment in the above numbered and entitled cause is reversed and the cause remanded for further proceedings according to law.

Fred G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellant, v. Miley DAVIS, Appellee.

No. 8692.

Circuit Court of Appeals, Fifth Circuit.

Oct. 18, 1938.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and J. Ellis Mundy, Asst. U. S. Attys., all of Atlanta, Ga., for appellant.

No appearance was entered for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

On the authority of Zerbst, Warden, v. Kidwell et al., 303 U.S. 632, 58 S.Ct. 757, 82 L.Ed. 1092, the judgment in the above numbered and entitled cause is reversed and the cause remanded for further proceedings according to law.

Fred G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellant, v. J. W. GENTRY, Appellee.

No. 8697.

Circuit Court of Appeals, Fifth Circuit.

Oct. 18, 1938.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and J. Ellis Mundy, Asst. U. S. Attys., all of Atlanta, Ga., for appellant.

No appearance was entered for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

On the authority of Zerbst, Warden, v. Kidwell et al., 303 U.S. 632, 58 S.Ct. 757, 82 L.Ed. 1092, the judgment in the above numbered and entitled cause is reversed and the cause remanded for further proceedings according to law.

Fred G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellant, v. Claud HARVEY, Appellee.

No. 8798.

Circuit Court of Appeals, Fifth Circuit.

Oct. 18, 1938.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and J. Ellis Mundy, Asst. U. S. Attys., all of Atlanta, Ga., for appellant.

No appearance was entered for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

On the authority of Zerbst, Warden, v. Kidwell et al., 303 U.S. 632, 58 S.Ct. 757, 82 L.Ed. 1092, the judgment in the above numbered and entitled cause is reversed and the cause remanded for further proceedings according to law.